## Chernow, Appellant, *v.* Manieri Estate.

Argued April 24, 1963. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*George Scott Stewart, III,* with him *Isadore H.
Bellis,* and *Davis, Bellis & Kolsby,* for appellant.

*Michael C. McManus,* with him *George A. D'Angelo,*
for appellee.

OPINION PER CURIAM, May 13, 1963:
The Order of the lower Court which sustained pre-
liminary objections to the complaint in equity for the
specific performance of a contract and dismissed the
complaint, is vacated, and the appeal is dismissed with-
out prejudice to Chernow's right to bring appropriate
proceedings in the Orphans' Court, which has exclusive
jurisdiction of the matters involved.   See *Johnson v.
Trustees of the General Assembly of the Church of the
Lord Jesus Christ of the Apostolic Faith,* 408 Pa. 31,
182 A. 2d 724.   Costs to be paid by appellant.